# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP DACE,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 2:23-cv-02094-RFB-NJK

**Order**

On February 12, 2024, the Court ordered the parties to file a joint discovery plan no later than February 19, 2024.  Docket No. 8.  To date, no such discovery plan has been filed.  *See* Docket.  The parties must file a joint proposed discovery plan no later than February 26, 2024. **Failure to fully comply with this order may result in sanctions.**

    IT IS SO ORDERED.

    Dated: February 22, 2024

                                      Nancy J. Koppe
                                      United States Magistrate Judge

1